*If this opinion indicates that it is "FOR PUBLICATION," it is subject to
revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

MATTHEW PONIEWIERSKI, Personal
Representative of the ESTATE OF ASHLEY
PONIEWIERSKI,

       Plaintiff-Appellant,

v

WILLIAM BEAUMONT HOSPITAL ROYAL
OAK, ASCENSION ST. JOHN MACOMB-
OAKLAND HOSPITAL, MICHIGAN
HEALTHCARE PROFESSIONALS, PC, doing
business as OAKLAND MEDICAL GROUP,
RONALD RASANSKY, D.O., STEPHEN
HOFFMAN, D.O., ZUIE C. WAKADE, D.O.,
TUSAR DESAI, M.D., and AKRITI
DEWANWALA, M.D.,

       Defendants-Appellees.

UNPUBLISHED
December 1, 2022

No. 356925
Oakland Circuit Court
LC No. 2020-184202-NH

Before: BOONSTRA, P.J., and GADOLA and HOOD, JJ.

HOOD, J. (*concurring*.)

       I concur in the majority opinion's analysis and conclusions because we are bound by the holding in *Waltz v Wyse*, 469 Mich 642; 677 NW2d 813 (2004).

                              /s/ Noah P. Hood

-1-